UNITED STATES v. NEW YORK MERCHANDISE CO. (Circuit Court of Appeals, Second Circuit. January 11, 1910.) No. 102 (5,354). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 167 Fed. 684. D. Frank Lloyd, Deputy Asst.

Atty. Gen. (Charles Duane Baker, Sp. Atty., of counsel), for the United States. Comstock & Washburn (Albert H. Washburn, of counsel), for importers. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Affirmed on the opinion of the Board of General Appraisers. G. A. 6,808, T. D. 29,265.